Jack Wesley LAVANDERA, Appellant,

v.

The STATE of Texas, Appellee.

No. 35937.

Court of Criminal Appeals of Texas.

June 19, 1963.

Rehearing Denied Oct. 16, 1963.

Second Rehearing Denied Nov. 20, 1963.

John W. O'Dowd, Houston, for appellant.

Frank Briscoe, Dist. Atty., Carl E. F. Dally, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Operating a motor vehicle upon a public highway while under the influence of a drug is the offense; the punishment, a fine of $100 and ninety days in jail.

The record contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

MORRISON, Judge.

ON MOTION FOR REHEARING

On motion for rehearing appellant contends there is a fatal variance in the transcript as the caption shows the offense as "Unlawfully, while intoxicated, drive and operate a motor vehicle upon a public highway", while the judgment states that appellant was actually convicted of the offense of "Unlawfully drive and operate a motor vehicle upon a public highway while under the influence of a drug."

Since the rendition of our original opinion, a supplemental transcript correcting this variance has been received from the County Criminal Court at Law No. 1 of Harris County.

Remaining convinced that we properly disposed of this cause originally, appellant's motion for rehearing is overruled.